FILED
November 7, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:14-mj-00262-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| ELIZABETH R. MARTINEZ, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, ELIZABETH R. MARTINEZ, Case No. 2:14-mj-00262-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $25,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    \_\_\_    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/7/2014 at 2:50 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge